Myron F. Smith   #072722
SMITH & PICKERING
(An Association Not A Partnership)
4321 N. West Avenue
Suite 106
Fresno, California 93705
Telephone (559) 226-5400
Facsimile (559) 226-5108

*CLOSED*
DATE: 2/26/04

FILED
2004 FEB 26 A 8:49
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
           DEPUTY

Attorneys for Plaintiff OLSON & COMPANY STEEL

LODGED
FEB 2 4 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| OLSON & COMPANY STEEL previously doing business as BOSTROM-BERGEN METAL PRODUCTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALTON CONSTRUCTION CO., INC., a Kansas corporation; CASCADE ENTERTAINMENT GROUP, LLC. A California limited liability company; PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS OF CALIFORNIA also known as PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, an entity of unknown form; CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY (also known as and doing business as CHUKCHANSI GOLD RESORT & CASINO), an entity of uknown form; U.S. BANK, NATIONAL ASSOCIATION, also known as U.S. BANK, N.A., a national banking association; UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation; CREDIT PROVIDER LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. Civ-F-04-5021-OWW<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL; ORDER THEREON** |

Myron F. Smith
Law Office Of
Myron F. Smith
4321 Shaw Avenue
Suite 152
Fresno, California 93704
Tel. (559) 224-1150

NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL; ORDER THEREON
Case No. CIV-F-04-5021-OWW

1  To the COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      The parties in the above referenced matter have reached a settlement.

3  Therefore, Plaintiff respectfully requests the court to dismiss this action with prejudice against

4  defendants in this matter.

6  DATED: February 20, 2004

                                    SMITH & PICKERING
                                    (An association of Attorneys not a Partnership)

                                    By: _____
                                    Myron F. Smith
                                    Attorney for Plaintiff
                                    OLSON & COMPANY STEEL

## ORDER

13  It is so ordered.

14  2-25-04

                                    HONORABLE OLIVER W. WANGER

G:\Documents\Client Files\3140 Olson & Co. Steel\0002\federal dismissal.wpd

```
                                                              tel
                  United States District Court
                             for the
                   Eastern District of California
                         February 26, 2004


                  * * CERTIFICATE OF SERVICE * *


                                         1:04-cv-05021


     Olson & Company

         v.

     Walton Construction

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  February 26, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

                           OWW
         Myron F Smith
         Motschiedler Michaelides and Wishon
         1690 W Shaw Avenue
         Suite 200
         Fresno, CA   93711




                                      Jack L. Wagner, Clerk

                                      BY:
                                         Deputy Clerk
```